IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HAROLD MANN,<br><br>                Defendant. | 8:17CB1<br>Violation No.: 6483528-NE14<br>6483529-NE14<br><br>DISMISSAL ORDER |

NOW ON THIS 25th day of January, 2017, this matter is before the Court on the United States' Motion for Dismissal. The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

Leave of Court is granted for the United States to dismiss, with prejudice, the violation in the above-captioned case as it to the Defendant, HAROLD MANN.

Dated this 25th day of January, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge